METROPOLITAN LIFE INSURANCE COMPANY, Respondent,
v. RUTH N. HEINZE et al., Appellants, Impleaded with
Others.

*Metropolitan Life Insurance Co.* v. *Heinze*, 166 App. Div. 920, affirmed.

(Submitted December 3, 1917; decided December 18, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered January 28, 1915, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was brought to foreclose a mortgage made by the defendant Ruth Noyes Heinze to the plaintiff for $140,000 on premises situated in the city of New York. A participating interest to the amount of $15,000 had been assigned by the plaintiff to the defendant Saacke. The complaint set forth the participating interest and asked that it be adjudged that the defendant Saacke was entitled to the same and that he have judgment for this amount. This issue so tendered was joined by the service of the answer of the defendants Geer and Heinze denying the allegations as to Saacke's interest. Judgment was granted in favor of the plaintiff for foreclosure and sale and a deficiency judgment was authorized in favor of the defendant Saacke against the defendant Heinze in accordance with the prayer of the complaint. The only question upon appeal was whether this portion of the judgment was justified.

*Franklin Bien* for appellants.
*Philip S. Dean* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, POUND and CRANE, JJ. Not sitting: McLAUGHLIN, J.